THE PEOPLE OF THE STATE OF NEW YORK v. FRANK SHAKUN.— Motion granted so far as to direct that the record on appeal filed in the office of the clerk of this court be removed from said files and transmitted to the office of the clerk of the Court of Special Sessions of the City of New York, for such action with respect to the same, upon motion to be made to that court, as it shall deem proper. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL J. MASHKOWITZ v. JACOB MORRISON.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES B. ALLEY and Another, Suing as Stockholders of THE POSITYPE CORPORATION OF AMERICA, and on Behalf of All the Stockholders in a Like Situation, and on Behalf of Said THE POSITYPE CORPORATION OF AMERICA v. THE POSITYPE CORPORATION OF AMERICA and Others, and PHOTOMATON, INC. THE POSITYPE CORPORATION OF AMERICA and Others. (Action No. 1.) — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES B. ALLEY and Another v. THE POSITYPE CORPORATION OF AMERICA and Others. PHOTOMATON, INC. THE POSITYPE CORPORATION OF AMERICA and Others. (Action No. 2.) — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others. FELIX F. VON WILMOWSKY v. EDWIN J. PINDLE and Others. FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL J. MURPHY v. M-W BRADERMANN Co., INC.— Motion denied and the time of the defendant in which to answer extended to and including ten days after service of order. No facts or grounds are shown warranting a belief that the appeal will be successful or is justified. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES F. WHITE & Co., INC., v. JOHN H. BENNETT and Others, Impleaded, etc. — Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MONROE L. SIMON v. SELIG TARTER. MONROE L. SIMON v. JOSEPH FRIEDMAN. —Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HENRIETTA ROSEN.— Motion granted and order entered on November 23, 1928, vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARY BECK.— Motion granted and order entered on November 23, 1928, vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the NORTHERN INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Order reversed,